**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01102-LTB

CHARLES R. STROUD,

    Applicant,

v.

RODGER WERHOLTZ, Interim Executive Director, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    This matter is before the Court on the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on Appeal (ECF No. 15) and the Motion for Certificate of Appealability (ECF No. 16) that Applicant filed on December 26, 2013. The motions are DENIED as moot because the Order of Dismissal (ECF No. 13) entered on December 3, 2013, already denied a certificate of appealability and leave to proceed *in forma pauperis* on appeal.  *See* ECF No. 13 at 9.

Dated:  December 30, 2013